**CASE UNSEALED PER ORDER OF COURT**

12 SEP 28 PM 5: 20

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY US                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>NORMAN PUNSALAN NOORIS (1),<br>  aka Norm,<br>LUIS OCAMPO-ESTRADA (2),<br>  aka Luis Enrique Ocampo,<br>YENG YANG (3),<br>  aka Trigger,<br>DONALD CARL GARLAND (4),<br>KYLE JOSEPH EDER (5),<br>LUIS VAN PHAN (6),<br>  aka Louie,<br>SCOTT RANDALL HORINE (7),<br>ANTHONY WILLIAM HARVEY (8),<br>DELANIE PAZ MANUEL (9),<br>JAMES ONEAL JR. (10),<br>  aka Applejack,<br>CESAR RODRIGUEZ (11),<br>SHOSHANA CHRISTIE ELIAS (12),<br><br>    Defendants. | Case No. __12CR3850-JAH__<br><br>I N D I C T M E N T<br>**(Superseding)**<br><br>Title 18, U.S.C., Secs. 922(g)(1)<br>and 924(a)(2) - Felon in<br>Possession of a Firearm and<br>Ammunition; Title 21, U.S.C.,<br>Secs. 841(a)(1) and 846 -<br>Conspiracy to Distribute<br>Methamphetamine; Title 21,<br>U.S.C., Sec. 841(a)(1) -<br>Possession of Methamphetamine<br>with Intent to Distribute<br>(Felony); Title 18, U.S.C.,<br>Sec. 924(d)(1), Title 28, U.S.C.,<br>Sec. 2461(c) and Title 21,<br>U.S.C., Sec. 853 - Criminal<br>Forfeiture |

The grand jury charges:

Count 1

On or about December 14, 2011, within the Southern District of California, defendant SCOTT RANDALL HORINE, being a person who had previously been convicted in a court, that is, the Superior Court of California, County of San Diego, of a crime punishable by imprisonment

ADBL:vp:San Diego
9/28/12

1 for a term exceeding one year, that is, on or about January 5, 1995,
2 of Possession of a Controlled Substance, in violation of Health and
3 Safety Code Section 11377(a); on or about January 17, 1997, of
4 Possession of a Controlled Substance For Sale, in violation of Health
5 and Safety Code Section 11378; on or about August 6, 1999, of
6 Receiving Stolen Property, in violation of Penal Code Section 496(a);
7 and on or about April 23, 2007, of Possession of a Controlled
8 Substance For Sale, in violation of Health and Safety Code
9 Section 11378, did knowingly and unlawfully possess in and affecting
10 commerce a firearm, that is, an Ex Cam, Model GT27, .25 caliber
11 pistol, serial number 12741 and seven rounds of .25 caliber
12 ammunition; in violation of Title 18, United States Code,
13 Sections 922(g)(1) and 924(a)(2).

14                              Count 2

15       Beginning on a date unknown but at least as early as
16 August 25, 2010, and continuing up to and including July 20, 2012,
17 within the Southern District of California, and elsewhere, defendants
18 NORMAN PUNSALAN NOORIS, aka Norm, LUIS OCAMPO-ESTRADA, aka Luis
19 Enrique Ocampo, YENG YANG, aka Trigger, DONALD CARL GARLAND, KYLE
20 JOSEPH EDER, LUIS VAN PHAN, aka Louie, SCOTT RANDALL HORINE, ANTHONY
21 WILLIAM HARVEY, DELANIE PAZ MANUEL, JAMES ONEAL JR., aka Applejack,
22 CESAR RODRIGUEZ and SHOSHANA CHRISTIE ELIAS, knowingly and
23 intentionally conspired with each other and with other persons known
24 and unknown to the grand jury to distribute methamphetamine, a
25 Schedule II Controlled Substance; in violation of Title 21,
26 United States Code, Sections 841(a)(1) and 846.

27       It is further alleged that the offense involved 5 grams and more
28 of methamphetamine (actual).

                                2

1    It is further alleged that the offense involved 50 grams and more
2  of methamphetamine (actual).

3                              Count 3

4    On or about January 19, 2012, within the Southern District of
5  California, defendant ANTHONY WILLIAM HARVEY, did knowingly and
6  intentionally possess, with intent to distribute, 5 grams and more of
7  methamphetamine, to wit: approximately 27.8 grams of methamphetamine
8  (actual), a Schedule II Controlled Substance; in violation of
9  Title 21, United States Code, Section 841(a)(1).

10                             Count 4

11   On or about February 23, 2012, within the Southern District of
12 California, defendant ANTHONY WILLIAM HARVEY, did knowingly and
13 intentionally possess, with intent to distribute, 5 grams and more of
14 methamphetamine, to wit: approximately 23.2 grams of methamphetamine
15 (actual); a Schedule II Controlled Substance; in violation of
16 Title 21, United States Code, Section 841(a)(1).

17                             Count 5

18   On or about March 19, 2012, within the Southern District of
19 California, defendant SCOTT RANDALL HORINE, did knowingly and
20 intentionally possess, with intent to distribute, 50 grams and more
21 of methamphetamine, to wit: approximately 60.49 grams of
22 methamphetamine (actual), a Schedule II Controlled Substance, in
23 violation of Title 21, United States Code, Section 841(a)(1).

24                             Count 6

25   On or about March 28, 2012, within the Southern District of
26 California, defendant SCOTT RANDALL HORINE, did knowingly and
27 intentionally possess, with intent to distribute, 5 grams and more of
28 methamphetamine, to wit: approximately 49.52 grams of methamphetamine

3

1 | (actual), a Schedule II Controlled Substance; in violation of
2 | Title 21, United States Code, Section 841(a)(1).

3 |                    FORFEITURE ALLEGATIONS

4 |                 Firearms Forfeiture Allegation

5 |     1.    The allegations contained in Count 1 are realleged and by
6 | their reference fully incorporated herein for the purpose of alleging
7 | forfeiture to the United States of America pursuant to the provisions
8 | of Title 18, United States Code, Section 924(d), and Title 28,
9 | United States Code, Section 2461.

10 |     2.    Upon conviction of the offense alleged in Count 1 of this
11 | Indictment, defendant SCOTT RANDALL HORINE shall forfeit to the
12 | United States, pursuant to Title 18, United States Code,
13 | Section 924(d), and Title 28, United States Code, Section 2461(c), all
14 | firearms and ammunition involved in the commission of the offense,
15 | including but not limited to the following: an Ex Cam, Model GT27,
16 | .25 caliber pistol, serial number 12741 and seven rounds of
17 | .25 caliber ammunition.

18 |                    Drug Forfeiture Allegations

19 |     3.    The allegations contained in Counts 2-6 are realleged and
20 | by their reference fully incorporated herein for the purpose of
21 | alleging forfeiture to the United States of America pursuant to the
22 | provisions of Title 21, United States Code, Section 853.

23 |     4.    As a result of the commission of one or more of the felony
24 | offenses alleged in Counts 2-6 of this indictment, said violations
25 | being punishable by imprisonment for more than one year and pursuant
26 | to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2),
27 | defendants NORMAN PUNSALAN NOORIS, aka Norm, LUIS OCAMPO-ESTRADA, aka
28 | Luis Enrique Ocampo, YENG YANG, aka Trigger, DONALD CARL GARLAND, KYLE

4

JOSEPH EDER, LUIS VAN PHAN, aka Louie, SCOTT RANDALL HORINE, ANTHONY WILLIAM HARVEY, DELANIE PAZ MANUEL, JAMES ONEAL JR., CESAR RODRIGUEZ and SHOSHANA CHRISTIE ELIAS shall, upon conviction, forfeit to the United States any and all property constituting, or derived from, any proceeds that the defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses alleged in Counts 2-6, including, but not limited to:

a. a white 1990 Chevrolet Camaro automobile, bearing California license plate number 2SNF754, VIN 1G1FP23T3LL130633 registered to defendant JAMES ONEAL JR., aka Applejack, at 3950 Boston Avenue, San Diego (driven on January 2, 2012, by defendant JAMES ONEAL JR., aka Applejack, while transporting methamphetamine);

b. a black 2004 Chevrolet Monte Carlo automobile, bearing California license plate number 6NOA078, VIN 2G1WW12E649374897 and registered to defendant JAMES ONEAL JR. at 3950 Boston Avenue, San Diego, California (driven on January 15, 2012, while transporting methamphetamine);

c. an Ex Cam, Model GT27, .25 caliber pistol, serial number 12741 and seven rounds of .25 caliber ammunition, seized December 15, 2011, during the course of a search of Room #216, Crown Inn Suites, 9603 Campo Road, Spring Valley, California, which was co-located with approximately 18.6 grams of methamphetamine;

d. approximately $6,056.00 seized on December 15, 2011, during a search of Room #216, Crown Inn Suites, 9603 Campo Road, Spring Valley, California;

1          e.    approximately $1,264.00 seized on March 19, 2012, from
2  defendant SCOTT RANDALL HORINE (found on SCOTT RANDALL HORINE's person
3  with methamphetamine);

4          f.    approximately $2,061.00 seized on March 28, 2012, from
5  defendant SCOTT RANDALL HORINE (found on SCOTT RANDALL HORINE'S person
6  and backpack co-located with methamphetamine and drug paraphernalia);

7      5.    If any of the above-described forfeitable property, as a
8  result of any act or omission of the defendants

9          a.    cannot be located upon the exercise of due diligence;
10 has been transferred or sold to, or deposited with, a third party;

11         b.    has been placed beyond the jurisdiction of the Court;

12         c.    has been substantially diminished in value; or

13         d.    has been commingled with other property which cannot
14 be subdivided without difficulty;

15 it is the intent of the United States, pursuant to Title 21,
16 United States Code, Section 853(p), to seek forfeiture of any other
17 property of the defendant up to the value of the said property listed
18 above as being subject to forfeiture.

19         All in violation of Title 18, United States Code,
20 Section 924, Title 28, United States Code, Section 2461, and Title 21,
21 United States Code, Section 853.

22      DATED: September 28, 2012.

                                        A TRUE BILL:

23
24
                                        Foreperson
25 LAURA E. DUFFY
   United States Attorney
26
27 By:
       A. DALE BLANKENSHIP
28     Assistant U.S. Attorney

                                  6